AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio
Western Division

| | |
|---|---|
| R+L Carriers, Inc. et al., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 1:09cv771 |
| Joe Albelo | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Joe Albelo
    2079 Bravado Street
    Vista, CA  92081

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Diane M. Goderre, Esq.
    Thompson Hine LLP
    312 Walnut Street, 14th Floor
    Cincinnati, OH  45202-4089

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/29/09

    *Signature of Clerk or Deputy Clerk*

628429