UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **R+L CARRIERS, INC., et al.** | ) | CASE NO: 1:09-cv-00771-MRB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Judge Barrett |
| vs. | ) | |
| | ) | |
| **JOE ALBELO** | ) | **AGREED PRELIMINARY** |
| | ) | **INJUNCTION ORDER** |
| | ) | |
| Defendant. | ) | |

Pending final disposition of this matter, the parties, Plaintiffs R+L Carriers, Inc. and R+L Carriers Payroll, LLC (collectively "R+L") and Defendant Joe Albelo, by and through their respective counsel and by Order of the Court, hereby agree to the terms of the following Agreed Preliminary Injunction Order.

Defendant Albelo represents that he does not possess any originals, copies, or other reproductions of any records or documents containing, in whole or in part, any confidential or trade secret information belonging to R+L.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED** that Defendant Albelo, and all agents, servants and other persons or entities in active concert or participation with him, shall be and is preliminarily ordered, enjoined and restrained as follows:

(1) Defendant, and all agents, servants, and other persons or entities in active concert or participation with him, shall not use, disclose, or transmit any confidential or trade secret information belonging to R+L for any purpose;

(2)   Within five business days of the entry of this Order, Defendant, and all agents, servants, and other persons or entities in active concert or participation with him, shall disgorge and return to R+L all copies of any documents prepared or produced by or for R+L that are in the possession, custody or control of Defendant, whether in electronic or hard copy format;

(3)   Defendant shall preserve all electronic data contained on any computers or other electronic devices he owns, has used, or where R+L data has or may now reside; and

(4)   Defendant shall immediately permit a designee of R+L to obtain, inspect and create a mirror image of the content of all computers and portable or detachable hard drives and CDs used by Defendant and in his possession, custody, or control, wherever located.

**IT IS FURTHER ORDERED** that the parties shall preserve all evidence in their possession, custody or control relating to the claims asserted by R+L.

The parties further agree that any party may seek to modify this Agreed Preliminary Injunction if such a modification is warranted based upon evidence produced in discovery or otherwise.

IT IS SO ORDERED.

Date: 11/4/2009

s/Michael R. Barrett
United States District Judge

**STIPULATED AND AGREED TO:**

FOR PLAINTIFFS:

Anthony C. White          (0062146)
   *Trial Attorney*

O. Judson Scheaf, III          (0040285)
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
Tel:    (614) 469-3200
Fax:   (614) 469-3361
Tony.White@ThompsonHine.com
Jud.Scheaf@ThompsonHine.com

Diane M. Goderre              (0069848)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 43202
Tel:    (513) 352-6760
Fax:   (513) 241-4771
Diane.Goderre@ThompsonHine.com

*Counsel for Plaintiffs*


FOR DEFENDANT:

_____  11/3/09
Albert E. Haverkamp
LUCAS & HAVERKAMP
4350 Executive Drive, Suite 260
San Diego, CA 92121
Tel:    (858) 535-4000
Fax:   (858) 535-4001
AHaverkamp@lucashaverkamp.com

*Counsel for Defendant*

749921.1

3